THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAX AVITZ, Appellant, *v.* GEORGE G. DARLING et al., Respondents.

(Argued January 7, 1929; decided January 16, 1929.)

*Morris Orenstein* and *Isidore Lapan* for appellant.

*Gardner LeRoy, District Attorney (John D. Lyons* and *Nellie Childs Smith* of counsel), for respondents.

Appeal dismissed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.

ISIDORE SCHEINBERG et al., Respondents, *v.* BEATRICE SCHEINBERG, Appellant, Impleaded with Another.

(Submitted January 14, 1929; decided January 16, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 249 N. Y. 277.)